# United States Court of Appeals
## For the First Circuit

---

No. 03-1647

UNITED STATES OF AMERICA,

Appellee,

v.

RICHARD P. CALLIPARI,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on May 17, 2004, is amended as follows:

Page 35, line 12: "supra note 4" should be "supra note 3"